IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TEQUAN SABRÉ GRAHAM, # 256057, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:13-cv-882-WHA |
| | ) | |
| KARLA JONES, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On March 23, 2016, the Magistrate Judge entered a Recommendation that this petition for writ of habeas corpus be denied and the case dismissed with prejudice.  The Petitioner was given until April 6, 2016, to file any objection to the Recommendation.

On March 30, 2016, the Petitioner filed a Motion to Dismiss Without Prejudice (Doc. #21), which specifically stated "Graham will not file a Reply or Objections to the Magistrate Recommendation."  The Motion to Dismiss Without Prejudice was denied in an order entered by this court on April 5, 2016 (Doc. #22).

No objection having been filed to the Recommendation of the Magistrate Judge, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED, and this case is DISMISSED with prejudice.

DONE this 21st day of April, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE